## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ENERGIZER BRANDS II LLC, ENERGIZER HOLDINGS, INC., and AMERICAN COVERS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PARADISE AIR FRESH, LLC, MARC FUNDERLICH, and RYAN SIMONS, <br><br> Defendants. | **JURY TRIAL DEMANDED** <br><br> Civil Action No. 4:19-cv-00429 |

### JOINT STIPULATED MOTION FOR EXTENSION OF DEADLINES RELATED TO MOTION TO DISMISS

Plaintiffs Energizer Brands II LLC, Energizer Holdings, Inc., and American Covers, LLC (collectively, "Plaintiffs") and Defendants Paradise Air Fresh, LLC and Marc Funderlich (collectively, "Defendants") hereby jointly stipulate to, and respectfully request that the Court enter, the following briefing schedule related to Defendants' June 20, 2019 Motion to Dismiss: (a) Plaintiffs' deadline to respond is July 11, 2019, and (b) Defendants' deadline to file their reply is August 1, 2019.

On June 20, 2019, Defendants filed a Motion to Dismiss. ECF No. 15. Plaintiffs' current deadline to respond is June 27, 2019, and Defendants' deadline to reply is July 4, 2019 (effectively, July 5). The parties' request that their stipulated schedule be entered in light of intervening deadlines for Plaintiffs' counsel in other cases, as well as the intervening July 4 holiday.

For the foregoing reasons, the parties respectfully request that the Court grant this motion and extend Plaintiffs' response deadline to July 11, 2019 and Defendants' reply deadline to August 1, 2019.

DATED: June 26, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer Fairbairn Deal | /s/Matthew A Jacober |
| Herbert R. Giorgio Jr., Missouri Bar #58524 | Matthew A. Jacober (MO. 51585) |
| Matthew G. Minder, Missouri Bar #61686 | LATHROP GAGE, LLC |
| BRYAN CAVE LLP | 7701 Forsyth Blvd. |
| One Metropolitan Square | Suite 500 |
| 211 North Broadway, Suite 3600 | Clayton, MO 63105 |
| St. Louis, MO 63102-2750 | Telephone: (314) 613-2845 |
| (314) 259-2417 (telephone) | Email: mjacober@lathropgage.com |
| (314) 552-8417 (facsimile) | |
| herb.giorgio@bclplaw.com | Michael W. Marcil* |
| matt.minder@bclplaw.com | GUNSTER, YOAKLEY & STEWART, P.A. |
| | 450 East Las Olas Blvd. |
| William H. Brewster (admitted *Pro Hac Vice*) | Suite 1400 |
| Jennifer Fairbairn Deal (admitted *Pro Hac Vice*) | Ft. Lauderdale, FL 33001-4206 |
| | Telephone: (954) 462-2000 |
| KILPATRICK TOWNSEND & STOCKTON LLP | Email: MMarcil@gunster.com |
| 1100 Peachtree Street NE, Suite 2800 | Christopher Benvenuto* |
| Atlanta, GA 30309 | John W. Terwilleger* |
| Telephone: 404-815-6500 | GUNSTER, YOAKLEY & STEWART, P.A. |
| Facsimile: 404-815-6555 | 777 South Flagler Drive |
| bbrewster@kilpatricktownsend.com | Suite 500 East |
| jdeal@kilpatricktownsend.com | West Palm Beach, FL 33401 |
| | Telephone: (561) 655-1980 |
| *Attorneys for Plaintiffs Energizer Brands II LLC and Energizer Holdings, Inc.* | Email: CBenvenuto@gunster.com |
| | JTerwilleger@gunster.com |
| | (**pro hac vice* forthcoming) |
| | |
| | *Counsel for Defendants Paradise Air Fresh, LLC, Marc Funderlich and Ryan Simons* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2019, I electronically filed the foregoing Motion with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via email.

| | |
|---|---|
| Matthew A. Jacober | mjacober@lathropgage.com |
| Michael W. Marcil | MMarcil@gunster.com |
| Christopher Benvenuto | CBenvenuto@gunster.com |
| John W. Terwilleger | JTerwilleger@gunster.com |

*Attorneys for Defendants*

                                                  */s/ Jennifer Fairbairn Deal*
                                                  Jennifer Fairbairn Deal