# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION
### Case No. 4:19-cv-00429-JCH

ENERGIZER BRANDS II LLC,
ENERGIZER HOLDINGS, INC., and
AMERICAN COVERS, LLC,

        Plaintiffs,

v.

PARADISE AIR FRESH, LLC, MARC
FUNDERLICH, and RYAN SIMONS,

        Defendants.

_____/

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the Local Rules of the United States District Court for the Eastern District of Missouri, I, Christopher P. Benvenuto, move to be admitted pro hac vice to the bar of this court for the purpose of representing Defendants, Paradise Air Fresh, LLC, Marc Funderlich, and Ryan Simons in this matter.

In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney: **Christopher Paul Benvenuto**

(b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm:

Name: **Gunster, Yoakley & Stewart, P.A.**
Address: **777 South Flagler Drive, Suite 500 East**
City, State Zip: **West Palm Beach, FL 33401**
Phone No.: **561-650-0541**
Fax No.: **561-655-5677**

(c) Email for movant-attorney: **cbenvenuto@gunster.com**

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom:
**University of Florida, The Fredric G. Levin College of Law – 2003**

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

**2003 – State of Florida, State Bar No. 649201**
**2004 – United States District Court for the Southern District of Florida**
**2007 – United States District Court for the Northern District of Florida**
**2008 – United States District Court for the Middle District of Florida**

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.  Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

Signature of Movant

/s/ *Christopher P. Benvenuto*
Christopher P. Benvenuto, Esq.
FL Bar No. 649201
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Tel: 561-655-1980
Fax: 561-655-5677
cbenvenuto@gunster.com
Counsel for Paradise Air Fresh, LLC
and Marc Funderlich

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I electronically filed the foregoing Motion with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic filing generated by CM/ECF.

/s/ *Christopher P. Benvenuto*
Christopher P. Benvenuto

FTL_ACTIVE 5332572.1