IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ENERGIZER BRANDS II LLC, ENERGIZER HOLDINGS, INC., ENERGIZER MANUFACTURING, INC., and AMERICAN COVERS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PARADISE AIR FRESH, LLC, MARC FUNDERLICH, and RYAN SIMONS, <br><br> Defendants. | Civil Action No. 4:19-cv-00429 |

**JOINT STATUS UPDATE AND MOTION FOR ENTRY OF BRIEFING SCHEDULE**

Pursuant to ECF 29 and 30, Plaintiffs Energizer Brands II LLC, Energizer Holdings, Inc., Energizer Manufacturing, Inc., and American Covers, LLC (collectively, "Plaintiffs") and Defendants Paradise Air Fresh, LLC, Marc Funderlich, and Ryan Simons (collectively, "Defendants") (Defendants and Plaintiffs collectively, the "Parties") hereby jointly provide the Court with (a) a status report regarding the parties' mediation and (b) a joint proposed schedule for Defendants to file their answer or responsive motion to Plaintiffs' Amended Complaint.

Mediation Status Report

The parties engaged in mediation on September 5, 2019. The mediation did not result in a resolution to this case.

Proposed Schedule

The parties propose the following schedule for Defendants to file their answer or responsive motion to Plaintiffs' Amended Complaint and any related briefing:

1

| | |
|---|---|
| Defendants' Deadline to file a response to Plaintiffs' Amended Complaint by Answer or by Motion: | October 3, 2019 |
| Plaintiffs' Deadline to Respond to any Motion Filed by Defendants: | October 24, 2019 |
| Defendants' Deadline to File Reply in support of any Motion filed by Defendants: | November 7, 2019 |

WHEREFORE, for the foregoing reasons and good cause shown, the Parties respectfully request that the Court enter the above-proposed briefing schedule.

DATED: September 12, 2019.

Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer Fairbairn Deal | /s/ Michael W. Marcil |
| Herbert R. Giorgio Jr., Missouri Bar #58524<br>Matthew G. Minder, Missouri Bar #61686<br>BRYAN CAVE LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102-2750<br>(314) 259-2417 (telephone)<br>(314) 552-8417 (facsimile)<br>herb.giorgio@bclplaw.com<br>matt.minder@bclplaw.com | Matthew A. Jacober (MO. 51585)<br>LATHROP GAGE, LLC<br>7701 Forsyth Blvd.<br>Suite 500<br>Clayton, MO 63105<br>Telephone: (314) 613-2845<br>Email: mjacober@lathropgage.com<br><br>Michael W. Marcil (admitted *Pro Hac Vice*)<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>450 East Las Olas Blvd.<br>Suite 1400<br>Ft. Lauderdale, FL 33001-4206<br>Telephone: (954) 462-2000<br>Email: MMarcil@gunster.com |
| William H. Brewster (admitted *Pro Hac Vice*)<br>Jennifer Fairbairn Deal (admitted *Pro Hac Vice*)<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309<br>Telephone: 404-815-6500<br>Facsimile: 404-815-6555<br>bbrewster@kilpatricktownsend.com<br>jdeal@kilpatricktownsend.com | Christopher Benvenuto (admitted *Pro Hac Vice*)<br>John W. Terwilleger (admitted *Pro Hac Vice*)<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>777 South Flagler Drive<br>Suite 500 East<br>West Palm Beach, FL 33401<br>Telephone: (561) 655-1980<br>Email: CBenvenuto@gunster.com<br>JTerwilleger@gunster.com |
| *Counsel for Plaintiffs Energizer Brands II* | |

| | |
|---|---|
| *LLC, Energizer Holdings, Inc., Energizer Manufacturing, Inc., and American Covers, LLC* | *Counsel for Defendants Paradise Air Fresh, LLC, Marc Funderlich and Ryan Simons* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2019, I electronically filed and serviced the foregoing Motion with the Clerk of the Court using CM/ECF on counsel for Defendants.

                                              */s/ Jennifer Fairbairn Deal*
                                              Jennifer Fairbairn Deal