IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ENERGIZER BRANDS II LLC, ENERGIZER HOLDINGS, INC., ENERGIZER MANUFACTURING, INC., and AMERICAN COVERS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PARADISE AIR FRESH, LLC, MARC FUNDERLICH, and RYAN SIMONS, <br><br> Defendants. | Civil Action No. 4:19-cv-00429 |

**JOINT STIPULATION AND NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Energizer Brands II LLC, Energizer Holdings, Inc., Energizer Manufacturing, Inc., and American Covers, LLC (collectively, "Plaintiffs") and Defendants Paradise Air Fresh, LLC, Marc Funderlich, and Ryan Simons (collectively, "Defendants") (Defendants and Plaintiffs collectively, the "Parties") hereby jointly agree to the dismissal of Plaintiffs' First Amended Complaint against Defendants without prejudice to refiling same, and with no award of fees or costs, and stipulate to the following:

1.  Plaintiffs filed their First Amended Complaint on July 11, 2019.

2.  On October 3, 2019, Defendants filed a motion to dismiss alleging, *inter alia*, that the Court lacks personal jurisdiction over Defendants and that venue in this District is improper, or in the alternative, that venue should be transferred to the District Court for the Southern District of Florida.

3.  In order to avoid additional time and expense related to Defendants' motion on personal jurisdiction and venue grounds, Plaintiffs have agreed to dismiss this action pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i), and this stipulation constitutes said notice of dismissal. Defendants have not yet filed an answer or a motion for summary judgment in this proceeding.

4. This dismissal of Plaintiffs' First Amended Complaint is expressly made without prejudice to Plaintiffs' ability to refile same.

5. In the event Plaintiffs refile, Defendants agree they are subject to personal jurisdiction in the Southern District of Florida and that venue is proper in the Southern District of Florida, and Plaintiffs agree they will file in the Southern District of Florida.

6. In the event Plaintiffs refile, the Parties agree the provisions of Fed. R. Civ. P. 41(d) shall not apply.

DATED: October 21, 2019.

Respectfully submitted,

/s/ Jennifer Fairbairn Deal
Herbert R. Giorgio Jr., Missouri Bar #58524
Matthew G. Minder, Missouri Bar #61686
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2417 (telephone)
(314) 552-8417 (facsimile)
herb.giorgio@bclplaw.com
matt.minder@bclplaw.com

William H. Brewster (admitted *Pro Hac Vice*)
Jennifer Fairbairn Deal (admitted *Pro Hac Vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: 404-815-6500
Facsimile: 404-815-6555
bbrewster@kilpatricktownsend.com
jdeal@kilpatricktownsend.com

/s/ Michael W. Marcil
Matthew A. Jacober (MO. 51585)
LATHROP GAGE, LLC
7701 Forsyth Blvd.
Suite 500
Clayton, MO 63105
Telephone: (314) 613-2845
Email: mjacober@lathropgage.com

Michael W. Marcil (admitted *Pro Hac Vice*)
GUNSTER, YOAKLEY & STEWART, P.A.
450 East Las Olas Blvd.
Suite 1400
Ft. Lauderdale, FL 33001-4206
Telephone: (954) 462-2000
Email: MMarcil@gunster.com

Christopher Benvenuto (admitted *Pro Hac Vice*)
John W. Terwilleger (admitted *Pro Hac Vice*)
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL 33401
Telephone: (561) 655-1980

2

*Counsel for Plaintiffs Energizer Brands II LLC, Energizer Holdings, Inc., Energizer Manufacturing, Inc., and American Covers, LLC*

Email: CBenvenuto@gunster.com
JTerwilleger@gunster.com

*Counsel for Defendants Paradise Air Fresh, LLC, Marc Funderlich and Ryan Simons*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, I electronically filed and serviced the foregoing Motion with the Clerk of the Court using CM/ECF on counsel for Defendants.

*/s/ Jennifer Fairbairn Deal*
Jennifer Fairbairn Deal